# United States Court of Appeals
## For the First Circuit

No. 02-2141

UNITED STATES,

Appellee,

v.

FRANK IACABONI,

Defendant, Appellant.

ERRATA SHEET

The opinion of this Court issued on March 30, 2004 is amended as follows:

On page 8 starting at line 20, delete the sentence that reads "The court also opined that, under the logic advanced by the government, 'any illegal gambling operation would also be a money laundering operation.' Iacaboni, 221 F. Supp. 2d at 113."